IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX:

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff    )<br>)<br>vs.    )<br>)<br>CURNEALL WATSON, LEONA WATSON, )<br>by and through her legal guardian, )<br>CURNEALL WATSON, GAIL CHIANG, f/k/a )<br>GAIL TURNER and LLP MORTG., LTD., )<br>)<br>    Defendants    )<br>) | CIVIL NO. 2006/139<br><br>ACTION FOR DEBT AND<br>FORECLOSURE OF<br>MORTGAGE |

### RECUSAL ORDER

District Judge Raymond L. Finch hereby recuses himself from all further proceedings in this matter.

                                                                ENTER:

DATED: September    2008

                                         /s/ Raymond L. Finch

ATTEST:                                  Senior District Judge
WILFREDO F. MORALES
Clerk of the Court

By:_____
    Deputy Clerk

cc: Mag. Judge George W. Cannon
    Angela Tyson-Floyd, Asst. U.S. Attorney
    Dana L. Douglas, Esquire
    Edward H. Jacobs, Esquire